## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:20-cv-00134-RJC

| | | |
|---|---|---|
| TIMOTHY SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (DE 13). Defendant seeks a judgment remanding this case for further administrative proceedings, including a new administrative hearing. Plaintiff's counsel has indicated that he does not oppose Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand, (DE 13), is **GRANTED**.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (DE 12), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: October 27, 2021

_____

Robert J. Conrad, Jr.
United States District Judge